1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11

REGAL WEST CORPORATION,

               Plaintiff,

12

v.

13

MINH KHAI NGUYEN et al.,

14

               Defendant.

CASE NO. 3:19-cv-05374-TL

ORDER GRANTING JOINT
MOTION TO EXTEND STAY

15

16

17

      THIS MATTER comes before the Court on the parties' request to continue the stay for an

18

additional three months found in their January 14, 2022, Joint Status Report. Dkt. 98. The Court

19

has considered the pleadings filed regarding the request and the remaining file.

      Pursuant to Fed. R. Civ. P. 6(b), the court may extend deadlines for good cause.

20

      The parties show good cause for the approximate three-month extension of the stay that

21

they now request. Accordingly, all deadlines shall be stricken and this case shall be stayed until

22

**April 25, 2022**. Further, the parties shall file a joint report on the status of the case by **April 18,**

23

**2022.**

24

ORDER GRANTING JOINT MOTION TO EXTEND STAY - 1

1    **IT IS SO ORDERED.**

2    Dated this 20th day of January, 2022.

3

4    _____
     Tana Lin
5    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING JOINT MOTION TO EXTEND STAY - 2